MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408)-535-5035
  Fax: (408)-535-5066
  E-Mail: maia.perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUGO VALVERDE-RUMBO,<br><br>    Defendant. | No. 14-CR-00620-RMW<br><br>STIPULATION AND [] ORDER CHANGING STATUS HEARING FROM JANUARY 29, 2015, AT 2:00 P.M. TO FEBRUARY 23, 2015 AT 9:00 A.M. AND EXCLUDING TIME FROM JANUARY 26, 2015 TO FEBRUARY 23, 2015 |

    Defendant Hugo Valverde-Rumbo, represented by Gabriela M. Lopez, Esq., and the government, represented by Maia T. Perez, Assistant United States Attorney, respectfully request that the January 29, 2015, status hearing in the above-captioned matter be rescheduled to February 23, 2015, at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from January 26, 2015, to February 23, 2015, to permit the parties the reasonable time necessary for effective preparation. The reason for the request to change the status date is that defense counsel has a conflicting

STIPULATION AND []
ORDER CHANGING STATUS HEARING

1  appearance in Oakland, California on a state matter on January 29, 2015, and will not be able to appear

2  in San Jose at that time.  The parties also need additional time to work on negotiated dispositions.

3  SO STIPULATED:

4  Dated:  January 26, 2015         UNITED STATES ATTORNEY

                                    _____/s/_____
                                    Maia T. Perez
                                    Assistant United States Attorney

9  Dated:  January 26, 2015         _____/s/_____
                                    Gabriela M. Lopez, Esq.
                                    Counsel for Defendant HUGO VALVERDE-RUMBO

STIPULATION AND []
ORDER CHANGING STATUS HEARING

ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case for Defendant Hugo Valverde-Rumbo be rescheduled from January 29, 2015, at 2:00 p.m. to February 23, 2015, at 9:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between January 26, 2015, and February 23, 2015, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 26, 2015, and February 23, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 26, 2015, and February 23, 2015, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION AND [
ORDER CHANGING STATUS HEARING