1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MAIA T. PEREZ (MABN 672328)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5035
7  Fax: (408)-535-5066
   E-Mail: maia.perez@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUGO VALVERDE-RUMBO,<br><br>    Defendant. | No. 14-CR-00620-RMW<br><br>STIPULATION AND [] ORDER CHANGING STATUS HEARING FROM MARCH 30, AT 9:00 A.M. TO APRIL 27, 2015 AT 9:00 A.M. AND EXCLUDING TIME FROM MARCH 30, 2015 TO APRIL 27, 2015 |

Defendant Hugo Valverde-Rumbo ("Defendant"), represented by Gabriela M. Lopez, Esq., and the government, represented by Maia T. Perez, Assistant United States Attorney, respectfully request that the March 30, 2015, status hearing in the above-captioned matter be rescheduled to April 27, 2015, at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from March 30, 2015, to April 27, 2015, to permit the parties the reasonable time necessary for effective preparation. The reason for the request to change the status date is that defense counsel needs

STIPULATION AND []
ORDER CHANGING STATUS HEARING

1  additional time to investigate and discuss certain issues, which could significantly affect any potential
2  disposition of this matter, before appearing before the Court.  In addition, Defendant is currently
3  considering a plea offer proposed by the government.  Accordingly, the parties request to continue the
4  status hearing, as a status hearing next week would not be an efficient use of the Court's time and
5  resources.

SO STIPULATED:

Dated:  March 26, 2015          UNITED STATES ATTORNEY

                                                /s/
                                Maia T. Perez
                                Assistant United States Attorney


Dated:  March 26, 2015          /s/
                                Gabriela M. Lopez, Esq.
                                Counsel for Defendant HUGO VALVERDE-RUMBO

STIPULATION AND []
ORDER CHANGING STATUS HEARING

ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case for Defendant Hugo Valverde-Rumbo be rescheduled from March 30, 2015, at 9:00 a.m. to April 27, 2015, at 9:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between March 30, 2015, and April 27, 2015, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 30, 2015, and April 27, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between March 30, 2015, and April 27, 2015, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 

THE HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION AND []
ORDER CHANGING STATUS HEARING